**Electronically Filed
Supreme Court
SCOT-25-0000197
28-AUG-2025
11:37 AM
Dkt. 9 ORD**

SCOT-25-0000197

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE ROSLYN CUMMINGS

_____

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the documents filed March 19, 2025, which the court construes as a petition for writ of mandamus, petitioner has not demonstrated a clear and indisputable right to relief, and/or a lack of alternative means to obtain the relief sought.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023); Barnett v. Broderick, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996).

Additionally, the March 19, 2025 document filed at Docket 1 contains what appears to be dates of birth, which constitute personal information that shall not be included in any accessible state court document.  See Hawaiʻi Court Records Rules

2.19 and 9.  This document has been sealed to protect the personal information.

It is ordered that the petition is denied.

It is further ordered that the appellate clerk shall file a redacted version of the March 19, 2025 document filed at Docket 1 and Docket 1 shall remain sealed because it contains confidential personal information.  Any member of the public may file a motion objecting to the sealing.

DATED:  Honolulu, Hawaiʻi, August 28, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

